**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 11-7071**

_____

UNITED STATES OF AMERICA,

                Plaintiff – Appellee,

     v.

JOHN ANDREW SPEAGLE, SR.,

                Defendant - Appellant.

_____

Appeal from the United States District Court for the Western District of North Carolina, at Statesville. Richard L. Voorhees, District Judge. (5:05-cr-00234-RLV-CH-2)

_____

Submitted: December 15, 2011     Decided: December 20, 2011

_____

Before GREGORY, SHEDD, and DAVIS, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

John Andrew Speagle, Sr., Appellant Pro Se. Amy Elizabeth Ray, Assistant United States Attorney, Asheville, North Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

John Andrew Speagle, Sr., appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2006) motion for reduction of sentence based on the Government's failure to file a U.S. Sentencing Guidelines Manual ("USSG") § 5K1.1 motion for a downward departure. Because Speagle's claim is not a proper basis for a motion under 18 U.S.C. § 3582(c)(2), see USSG § 1B1.10 cmt. n.1(A), we affirm the district court's order.[*] We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*] We may affirm a district court's judgment on any grounds apparent from the record. See MM ex rel. DM v. Sch. Dist. of Greenville Cnty., 303 F.3d 523, 536 (4th Cir. 2002).